IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
and )
)
WALTER J. STACHNIK, )
INSPECTOR GENERAL OF THE )
SECURITIES AND EXCHANGE COMMISSION )
)
    Petitioners, )
)
    v. )
)
GARY J. AGUIRRE )
)
    Respondent. )

CASE NUMBER 1:06MS00485

JUDGE: James Robertson

DECK TYPE: Miscellaneous

DATE STAMP: 11/03/2006

## MOTION FOR ORDER TO SHOW CAUSE

Petitioners have this day filed with the Court a petition for enforcement of an administrative subpoena duces tecum ("Subpoena"), issued to respondent Gary J. Aguirre, a former employee of the Securities and Exchange Commission ("SEC"), by the SEC's Office of Inspector General ("SEC-OIG") as part of its investigation into complaints made by Mr. Aguirre. Accompanying that petition is a supporting memorandum of points and authorities, to which is appended copies of the Subpoena, Respondent's answer to the Subpoena, and the Declaration of Mary Beth Sullivan, Counsel to the Inspector General of the SEC.

The grounds for summary enforcement of the subpoena are that the subpoena was lawful and enforceable because it was issued as part of the SEC-OIG's investigation of complaints made by an SEC employee – a type of investigation specifically authorized by 5 U.S.C. app. 3 § 7(a) –

that it seeks information reasonably relevant to SEC-OIG's investigation, and that it is reasonable and not unduly burdensome. Accordingly, there is no justification for Respondent's failure to comply with the subpoena duces tecum.

WHEREFORE, Petitioners request that the proposed Order to Show Cause submitted herewith be entered by the Court. The Order incorporates a proposed schedule for the further briefing of the issues, under which Respondent's opposition would be due 21 days after entry of the Order to Show Cause, and Petitioners' reply would be due 14 days after service of that opposition.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

*/s/ Michael P. Abate*

ARTHUR R. GOLDBERG, D.C. Bar 180661
MICHAEL P. ABATE, Ill. Bar 6285597
Attorneys, Department of Justice
20 Mass. Ave., N.W., Room 7302
Washington, D.C. 20530
Tel: (202) 616-8209
Fax: (202) 616-8470

E-mail: michael.abate@usdoj.gov

Attorneys for Petitioners

OF COUNSEL:
MARY BETH SULLIVAN
KELLY ANDREWS
SEC-Office of Inspector General
100 F. St. NE
Washington, D.C. 20549
Tel: (202) 551-6038

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>WALTER J. STACHNIK, )<br>INSPECTOR GENERAL OF THE )<br>SECURITIES AND EXCHANGE COMMISSION )<br>)<br>       Petitioners, )<br>)<br>       v. )<br>)<br>GARY J. AGUIRRE )<br>)<br>       Respondent. )<br>) | Misc. No. _____ |

## ORDER TO SHOW CAUSE

THIS MATTER having come before the Court on a Petition for Summary Enforcement of Administrative Subpoena and a Motion for Order to Show Cause why the subpoena <u>duces tecum</u>, issued to Respondent Gary J. Aguirre, a former employee of the Securities and Exchange Commission ("SEC"), by the SEC's Office of Inspector General ("SEC-OIG") as part of its investigation into complaints made by Aguirre, should not be judicially enforced, and the Court, having considered the Petitioners' request for an order to show cause and being fully advised of its basis;

**IT IS HEREBY ORDERED** that the respondent shall appear on the ___ day of _____, 2006, at _____.m., or as soon thereafter as the parties may be heard, in United States Courthouse, Constitution Avenue and John Marshall Place, N.W., Washington, D.C., and

show cause why this Court should not grant said Petition and enter an order directing Respondent to comply fully with the terms of the aforesaid subpoena <u>duces</u> <u>tecum</u>, by producing documents in accordance with said subpoena;

**IT IS FURTHER ORDERED** that Respondent shall file, within 21 days from the entry of this Order, his briefs and supporting evidence in opposition to the Petition, and that Petitioners shall have 14 days thereafter in which to file their reply thereto;

**IT IS FURTHER ORDERED** that, unless the Court determines otherwise, all issues raised by the Petition and supporting papers, and any opposition to the Petition, will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing; and

**IT IS FURTHER ORDERED** that a copy of this Order, and copies of said Petition and all other papers filed with the Court, be served by Petitioners forthwith upon Respondent.

Dated _____, 2006.

_____

UNITED STATES DISTRICT JUDGE