FILED

NOV 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>WALTER J. STACHNIK, )<br>INSPECTOR GENERAL OF THE )<br>SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GARY J. AGUIRRE )<br>)<br>Respondent. )<br>) | Misc. No. 06-485 |

## ORDER TO SHOW CAUSE

THIS MATTER having come before the Court on a Petition for Summary Enforcement of Administrative Subpoena and a Motion for Order to Show Cause why the subpoena <u>duces tecum</u>, issued to Respondent Gary J. Aguirre, a former employee of the Securities and Exchange Commission ("SEC"), by the SEC's Office of Inspector General ("SEC-OIG") as part of its investigation into complaints made by Aguirre, should not be judicially enforced, and the Court, having considered the Petitioners' request for an order to show cause and being fully advised of its basis;

**IT IS HEREBY ORDERED** that the respondent shall appear on the 15 day of December, 2006, at 2:30 p.m., or as soon thereafter as the parties may be heard, in United States Courthouse, Constitution Avenue and John Marshall Place, N.W., Washington, D.C., and

show cause why this Court should not grant said Petition and enter an order directing Respondent to comply fully with the terms of the aforesaid subpoena <u>duces</u> <u>tecum</u>, by producing documents in accordance with said subpoena;

**IT IS FURTHER ORDERED** that Respondent shall file, within 21 days from the entry of this Order, his briefs and supporting evidence in opposition to the Petition, and that Petitioners shall have 14 days thereafter in which to file their reply thereto;

**IT IS FURTHER ORDERED** that, unless the Court determines otherwise, all issues raised by the Petition and supporting papers, and any opposition to the Petition, will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing; and

**IT IS FURTHER ORDERED** that a copy of this Order, and copies of said Petition and all other papers filed with the Court, be served by Petitioners forthwith upon Respondent.

Dated November 9, 2006.

_____

UNITED STATES DISTRICT JUDGE