# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>WALTER J. STACHNIK, )<br>INSPECTOR GENERAL OF THE )<br>SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>      Petitioners, )<br>)<br>      v. )<br>)<br>GARY J. AGUIRRE )<br>)<br>      Respondent. )<br>) | Misc. No. 06-485 |

## CONSENT MOTION TO EXTEND BRIEFING SCHEDULE

Respondent, Gary J. Aguirre, by and through counsel, hereby files this Consent Motion to Extend Briefing Schedule.

On November 3, 2006, Petitioners initiated this action by filing a Petition for Summary Enforcement of Administrative Subpoena Duces Tecum. On November 13, 2006, this Court entered an Order to Show Cause, which established a briefing schedule and a hearing date of December 15, 2006.

For health and other reasons, Mr. Aguirre was unable to retain counsel to represent him in this matter until November 20, 2006. Counsel for Mr. Aguirre requires additional time to become familiar with the underlying facts and the complex legal issues in connection with the administrative subpoena that the Petition seeks to enforce.

Counsel for the parties have discussed this motion and agree that it is reasonable and appropriate.

Specifically, Petitioners have consented to a 30-day extension of time for Mr. Aguirre to respond the Petition, to January 3, 2007, with a commensurate extension of the 14-day period for Petitioners' reply, to January 17, 2007.

The parties also jointly request that the Court reschedule the show cause hearing as promptly as possible after completion of the briefing schedule.

WHEREFORE, Respondent requests that the Court grant this motion and extend the briefing schedule and hearing date so that Respondent's opposition is due on January 3, 2007, that Petitioners' reply is due on January 17, and that the hearing on the Order to Show Cause is scheduled as promptly as possible thereafter.

Dated:  November 21, 2006              Respectfully submitted,


                                        _____/s/_____
                                        David E. Mills, D.C. Bar No. 401-979
                                        W. Bradley Ney, D.C. Bar No. 486-363
                                        DOW LOHNES PLLC
                                        1200 New Hampshire Ave., N.W.
                                        Suite 800
                                        Washington, DC  20036
                                        Telephone: (202) 776-2000
                                        Facsimile: (202) 776-2222
                                        E-mail:  dmills@dowlohnes.com

                                        Counsel for Respondent Gary J. Aguirre

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WALTER J. STACHNIK, | ) | |
| INSPECTOR GENERAL OF THE | ) | |
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| Petitioners, | ) | Misc. No. 06-485 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY J. AGUIRRE | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

THIS MATTER having come before the Court on Respondent's Consent Motion to Extend Briefing Schedule, the parties having agreed to the proposed briefing schedule set forth therein, and the Court being fully advised of the basis for the motion;

IT IS HEREBY ORDERED that Respondent's Consent Motion to Extend Briefing Schedule is hereby GRANTED;

IT IS FURTHER ORDERED that Respondent shall file his brief and supporting evidence in opposition to the Petition by January 3, 2007, and that Petitioners shall file their reply thereto by January 17, 2007; and

IT IS FURTHER ORDERED that respondent shall appear on the ___ day of _____, 2007, at _____.m., or as soon thereafter as the parties may be heard, in the United States Court House, Constitution Avenue and John Marshall Place, N.W., Washington, D.C., and show cause why this Court should not grant said Petition and

enter an order directing Respondent to fully comply with the terms of the aforesaid subpoena duces tecum, by producing documents in accordance with said subpoena;

  IT IS FURTHER ORDERED that, unless the Court determines otherwise, all issues raised by the Petition and supporting papers, and any opposition to the Petition, will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing.

Dated: _____, 2006

                 _____
                 UNITED STATES DISTRICT JUDGE