## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| and | ) |
| | ) |
| WALTER J. STACHNIK, | ) |
| INSPECTOR GENERAL OF THE | ) |
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Petitioners, | )    Misc. No. 06-485 |
| | ) |
| v. | ) |
| | ) |
| GARY J. AGUIRRE | ) |
| | ) |
| Respondent. | ) |

_____)

### CONSENT MOTION TO EXTEND BRIEFING SCHEDULE
### AND RESCHEDULE SHOW CAUSE HEARING

Respondent, Gary J. Aguirre, by and through counsel, hereby files this Consent

Motion for a short, two-day extension of the briefing schedule and to reset the show

cause hearing.

On November 3, 2006, Petitioners filed a Petition for Summary Enforcement of

Administrative Subpoena Duces Tecum.  On November 13, 2006, this Court entered an

Order to Show Cause, with a briefing schedule and a hearing date of December 15, 2006.

On November 21, 2006, Mr. Aguirre filed a Consent Motion to extend the

briefing schedule by 30 days, which the parties agreed was reasonable and appropriate,

with Mr. Aguirre's response due on January 3, 2007 and Petitioners' reply due on

January 17, 2007.  On November 27, 2006, the Court granted that motion and set the

hearing for January 19, 2007.

Counsel for respondent has a conflict with the current schedule, which can be resolved with a short, two-day extension of the briefing deadlines for both sides and the rescheduling of the hearing.  Counsel for the parties have discussed this motion and agree that it is reasonable and appropriate.

Specifically, the parties have agreed to a two-day extension of the briefing schedule such that Mr. Aguirre's response would be due on January 5, 2007, and Petitioners' reply would be due on January 19, 2007.

The parties also jointly request that the Court reschedule the show cause hearing as promptly as possible after completion of the briefing schedule, but no sooner than January 24, 2007.

WHEREFORE, Respondent requests that the Court grant this motion and extend the briefing schedule and hearing date so that Respondent's opposition is due on  January 5, 2007, that Petitioners' reply is due on January 19, and that the hearing on the Order to Show Cause is scheduled as promptly as possible thereafter, but no sooner than January 24, 2007.

Dated:  December 19, 2006                              Respectfully submitted,


                                                       ____/S/_____
                                                       David E. Mills, D.C. Bar No. 401-979
                                                       W. Bradley Ney, D.C. Bar No. 486-363
                                                       DOW LOHNES PLLC
                                                       1200 New Hampshire Ave., N.W.
                                                       Suite 800
                                                       Washington, DC  20036
                                                       Telephone: (202) 776-2000
                                                       Facsimile: (202) 776-2222
                                                       E-mail:  dmills@dowlohnes.com

                                                       Counsel for Respondent Gary J. Aguirre

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

UNITED STATES OF AMERICA )
                                                        )
and                                                   )
                                                        )
WALTER J. STACHNIK,                  )
INSPECTOR GENERAL OF THE       )
SECURITIES AND EXCHANGE COMMISSION, )
                                                        )
            Petitioners,                      )            Misc. No. 06-485
                                                        )
            v.                                       )
                                                        )
GARY J. AGUIRRE                        )
                                                        )
            Respondent.                     )
_____)

## ORDER

        THIS MATTER having come before the Court on Respondent's Consent Motion to Extend Briefing Schedule and Reschedule Show Cause Hearing, the parties having agreed to the proposed briefing schedule set forth therein, and the Court being fully advised of the basis for the motion;

        IT IS HEREBY ORDERED that Respondent's Consent Motion to Extend Briefing Schedule and Reschedule Show Cause Hearing is hereby GRANTED;

        IT IS FURTHER ORDERED that Respondent shall file his brief and supporting evidence in opposition to the Petition by January 5, 2007, and that Petitioners shall file their reply thereto by January 19, 2007; and

        IT IS FURTHER ORDERED that respondent shall appear on the __ day of _____, 2007, at _____.m., or as soon thereafter as the parties may be heard, in the United States Court House, Constitution Avenue and John Marshall Place, N.W.,

Washington, D.C., and show cause why this Court should not grant said Petition and enter an order directing Respondent to fully comply with the terms of the aforesaid subpoena <u>duces</u> <u>tecum</u>, by producing documents in accordance with said subpoena;

IT IS FURTHER ORDERED that, unless the Court determines otherwise, all issues raised by the Petition and supporting papers, and any opposition to the Petition, will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing.

Dated: _____, 2006

_____

UNITED STATES DISTRICT JUDGE