IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>WALTER J. STACHNIK, )<br>INSPECTOR GENERAL OF THE )<br>SECURITIES AND EXCHANGE COMMISSION )<br>)<br>       Petitioners, )<br>)<br>       v. )<br>)<br>GARY J. AGUIRRE )<br>)<br>       Respondent. )  | Misc. No.  06-485 (JR) |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE
AND RESCHEDULE SHOW CAUSE HEARING**

Petitioners and Respondent, by and through counsel, hereby file this joint motion to notify the Court that the parties have reached a settlement of their dispute concerning the subpoena that is the subject of the show cause hearing, and to seek an extension of the briefing schedule and show cause hearing to allow the Parties sufficient time to comply with the terms of their settlement agreement.  It is anticipated that, as a result of the settlement, the petition would be dismissed with prejudice before a show cause hearing would be held.

On November 3, 2006, Petitioners filed a Petition for Summary Enforcement of Administrative Subpoena Duces Tecum.  On November 13, 2006, this Court entered an Order to Show Cause, with a briefing schedule and a hearing date of December 15, 2006.

On November 21, 2006, Mr. Aguirre filed a Consent Motion to extend the briefing schedule by 30 days. On November 27, 2006, the Court granted that motion and set the hearing for January 19, 2007. The Court subsequently granted a brief, two-day extension of the hearing schedule, so that Respondent's Brief was due on January 5, 2007 and Petitioners' reply was due on January 19, 2007, with the show cause hearing scheduled for January 26, 2007.

On January 4, 2007, the Parties executed a settlement agreement that, according to its terms, will obviate the need for the show cause hearing and will bring this matter to a conclusion. In order to allow sufficient time for the parties to comply with the terms of the settlement agreement, the Parties have agreed to a 30-day extension of the briefing schedule, with the show cause hearing to be set promptly thereafter

Specifically, the parties jointly request that the Court grant a 30-day extension of the briefing schedule such that Respondent's Brief would be due on February 5, 2007, and Petitioners' reply would be due on February 19, 2007.

The parties also jointly request that the Court reschedule the show cause hearing as promptly as possible after completion of the briefing schedule, but no sooner than February 26, 2007.

WHEREFORE, the Parties jointly request that the Court grant this motion and extend the briefing schedule and hearing date so that Respondent's opposition is due on February 5, 2007, that Petitioners' reply is due on February 19, 2007, and that the hearing on the Order to Show Cause is scheduled as promptly as possible thereafter, but no sooner than February 26, 2007.

| | |
|---|---|
| Dated: January 4, 2007 | Respectfully submitted, |

   /s/   David E. Mills
David E. Mills, D.C. Bar No. 401-979
W. Bradley Ney, D.C. Bar No. 486-363
DOW LOHNES PLLC
1200 New Hampshire Ave., N.W.
Suite 800
Washington, DC  20036
Telephone: (202) 776-2000
Facsimile: (202) 776-2222
E-mail:  dmills@dowlohnes.com

Counsel for Respondent Gary J. Aguirre

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/   Michael P. Abate
ARTHUR R. GOLDBERG, D.C. Bar 180661
MICHAEL P. ABATE, Ill. Bar 6285597
Attorneys, Department of Justice
20 Massachusetts Ave., N.W., Room 7302
Washington, D.C.  20530
Tel: (202) 616-8209
Fax: (202) 616-8470
E-mail: michael.abate@usdoj.gov

OF COUNSEL:
MARY BETH SULLIVAN
KELLY ANDREWS
Securities and Exchange Commission
Office of Inspector General
100 F. St. N.E.
Washington, D.C. 20549

Attorneys for Petitioners