# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA

and

WALTER J. STACHNIK,
INSPECTOR GENERAL OF THE
SECURITIES AND EXCHANGE COMMISSION

        Petitioners,

        v.

GARY J. AGUIRRE

        Respondent.

_____

Misc. No. 06-485 (JR)

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs United States of America and Walter J. Stachnik, Inspector General of the Securities and Exchange Commission, withdraw their petition and ask that this action be dismissed with prejudice.  No order from the court is necessary because Respondent Gary J. Aguirre has not filed a brief or otherwise responded to the petition.

Dated: February 7, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   **/s/ Michael P. Abate**

OF COUNSEL:                     ARTHUR R. GOLDBERG, D.C. Bar 180661

MARY BETH SULLIVAN         MICHAEL P. ABATE, Ill. Bar 6285597

KELLY ANDREWS             Attorneys, Department of Justice

SEC-Office of Inspector General     20 Mass. Ave., N.W., Room 7302

100 F. St. NE                   Washington, D.C.  20530

Washington, D.C. 20549        Tel: (202) 616-8209

Tel: (202) 551-6038           Fax: (202) 616-8470

 

                             E-mail: michael.abate@usdoj.gov

 

                             Attorneys for Petitioners